GEORGE H. HOBBS *vs.* HELEN E. HOBBS.

Kennebec.    Opinion December 6, 1880.

*Husband and wife.    Replevin.    Bar.*

An action of replevin cannot be maintained by a husband against his wife while the marital relation between them is in full force.

Exceptions from superior court of Kennebec county. Replevin. Writ dated February 11, 1879. Plea, the general issue. Submitted to the justice of said court under same agreed statement of facts and on same conditions as in *Helen E. Hobbs* v. *Geo. H. Hobbs, ante,* who decided that coverture was a bar to the maintenance of the action, and thereupon entered a nonsuit.

The plaintiff alleged exceptions.

*M. P. Hatch,* for the plaintiff.

*E. F. Webb,* for the defendant.

APPLETON, C. J.    This is an action of replevin by a husband against the wife, the marital relation between the parties being in full force.

Replevin is an action of tort. It was decided in *Abbott* v. *Abbott,* 67 Maine, 304, that a wife after divorce could not maintain an action for an assault committed on her during coverture.

*A fortiori,* an action of tort cannot be maintained by the one against the other during coverture.

*Exceptions overruled.*

WALTON, DANFORTH, VIRGIN, PETERS and LIBBEY, JJ., concurred.